JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE HINDS,<br><br>                     Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>                 Defendant. | Case No. 5:18-cv-02140-SHK<br><br><br>JUDGMENT |

It is the judgment of this Court that, consistent with this Court's Order, the Case is dismissed without prejudice.

DATED: 6/19/2019

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge